# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Amada Quintana, et al.

                        Plaintiff,

v.                                                                       Case No.: 1:16–cv–08326
                                                                      Honorable Robert M. Dow Jr.

Taqueria Moran, Inc., et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 16, 2017:

      MINUTE entry before the Honorable Robert M. Dow, Jr: Pursuant to the joint stipulation of dismissal [16] filed on 3/15/2017, this action is dismissed with prejudice, with each party incurring its own attorneys' fees and cost. Status hearing set for 3/22/2017 is stricken. Civil case terminated. Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.